IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00379-RJC

| USA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| SEAN F. MESCALL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 8), of the Information, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 8), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: January 9, 2015

Robert J. Conrad, Jr.
United States District Judge